### 15991. MILAM *v.* WILKERSON.

BLOODWORTH, J. In this State it is well settled that the judge of the superior court is bound by the untraversed answer of the magistrate who presided in the case. Applying this rule to the answer of the justice of the peace who tried this case, the judge of the superior court properly overruled the certiorari.
*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 13, 1925.

Certiorari; from Floyd superior court—Judge Wright. September 29, 1924.

*Harris & Harris,* for plaintiff in error.

*J. L. Wallace,* contra.